■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MASSOD ABUTBUL, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on February 22, 1985, unanimously affirmed. Motion by appellant for permission to submit certain exhibits granted. No opinion. Concur—Carro, J. P., Fein, Lynch, Kassal and Ellerin, JJ.

■ APPLE BANK FOR SAVINGS, Respondent, v ATHLETIC COMPLEX, LTD., et al., Appellants.—Three orders, Supreme Court, New York County (Shirley Fingerhood, J.), entered on December 2, 1985, and an order of said court, entered on May 28, 1986, unanimously affirmed for the reasons stated by Shirley Fingerhood, J., at Special Term. Respondent shall recover of appellants one bill of $75 costs and disbursements of these appeals. Concur—Sandler, J. P., Asch, Lynch, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL KNOLL, Appellant.—Judgment, Supreme Court, New York County (Stephen Crane, J.), rendered on March 15, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Carro, Kassal and Wallach, JJ.